UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC ADAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1487** |
| **GINA RANDAZZO MARTIN, THOMAS RODWIG, TIFFANY BRYAN, JOHN/JANE DOE** | **SECTION "B"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the plaintiff Eric Adams claims brought pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 396 (1971), against Deputy Clerks of Court for the United States Fifth Circuit Court of Appeals, Gina Randazzo Martin, Thomas Rodwig, and Tiffany Bryan,  each in their official and individual capacities, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A.

New Orleans, Louisiana, this 24th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE